UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JAMES D. "BUDDY' CALDWELL, ATTORNEY GENERAL *ex rel*, STATE OF LOUISIANA | : | DOCKET NO. 2:12 CV 00443 |
| VS. | : | JUDGE MINALDI |
| BRISTOL-MYERS SQUIBB SANOFI PHARMACEUTICALS HOLDING PARTNERSHIP, ET AL | : | MAGISTRATE JUDGE HANNA |

## JUDGMENT

Having considered the arguments of counsel made in open court on August 27, 2012, as well as the memoranda of law submitted by the parties, and for the reasons stated herein in the accompanying Memorandum Ruling,

**IT IS ORDERED** that the Magistrate Judge's findings in the Report and Recommendation [Doc. 30] are AFFIRMED;

**IT IS FURTHER ORDERED** that the plaintiff's Motion to Remand [Doc. 7] shall be GRANTED.

Lake Charles, Louisiana, this 4th day of September 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE